# Court of Appeals
# of the State of Georgia

ATLANTA,____June 25, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0758. WYATT v. THE STATE.**

It appearing that the record in the above appeal is incomplete as the record is without a complete trial transcript; and it further appearing that the clerk of the trial court is unable to obtain the complete trial transcript; it is hereby ordered that this case be remanded to the trial court for completion of the record.

Appellant may file a new notice of appeal within 30 days of the completion of the record.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____06/25/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*